QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PEDRO MARCIAL-DEL REAL


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:04-cr-0488 WBS |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE |
| PEDRO MARCIAL-DEL REAL, | |
| Defendant. | Date:  June 1, 2005<br>Time:  9:00 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant PEDRO MARCIAL-DEL REAL, that the status conference regarding sentencing scheduled for June 1, 2005, be vacated and the matter continued to June 8, 2005, for status regarding sentencing in order to permit defense counsel to obtain and review a translation of material submitted to him by the

defendant, and because of the unavailability of defense counsel who is attending a conference out of the district.

**IT IS FURTHER STIPULATED** that the provisions of the speedy trial act are not applicable to this continuance, the defendant having plead guilty on March 9, 2005.

**IT IS SO STIPULATED.**

Dated: May 31, 2005            /S/ Jason Hitt
                               JASON HITT
                               Assistant U.S. Attorney
                               Counsel for Plaintiff

Dated: May 31, 2005            /S/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Attorney for Defendant
                               PEDRO MARCIAL-DEL REAL

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: May 31, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order Continuing Case     2